----------o----------

### BURK *v.* THE STATE.

APPEAL from the *Marion* Criminal Circuit Court.

FRAZER, J.—This case involves the same questions which have been decided in another case between the same parties. *Ante,* p. 427. It is affirmed for the reasons there given.

The judgment is affirmed, with costs.

*F. Rand, R. Hall* and *A. Seidensticker,* for appellant.

*D. E. Williamson,* Attorney General, for the State.